[No. 22809-6-III. Division Three. April 5, 2005.]

*Estate of* MATTHEW DAVIS ET AL., APPELLANTS,
*v.* THE DEPARTMENT OF CORRECTIONS
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-03219-9, Neal Q. Rielly, J., entered February 18, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ. Now published at 127 Wn. App. 833.

[No. 22988-2-III. Division Three. April 5, 2005.]

STUART DAGG ET AL., *Appellants*, v. SPOKANE PUBLIC SCHOOL DISTRICT NO. 81, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-04493-2, Jerome J. Leveque, J., entered April 8, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 52404-6-I. Division One. April 11, 2005.]

*In the Matter of the Guardianship of* MARTHA F. SMITH.

MARTHA F. SMITH, *Respondent*, v. ETHICARE, INC.,
*Appellant.*

Appeal from judgments of the Superior Court for Snohomish County, No. 00-4-01360-0, Richard J. Thorpe, J., and Arden J. Bedle and Jacalyn D. Brudvik, JJ. Pro Tem., entered April 28, September 11, and October 8, 2003 and January 30, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.